**JEFFERY H. SPEICH (State Bar No. 067632)**
**ROBIN L. LEWIS (State Bar No. 199077)**
**JILL R. MARTIN (State Bar No. 233533)**
**HATCH & PARENT, A Law Corporation**
**21 East Carrillo Street**
**P. O. Drawer 720**
**Santa Barbara, CA  93101-2782**
**Telephone: (805) 963-7000**
**Facsimile:  (805) 965-4333**

Attorneys for Plaintiff
SOUTH TAHOE PUBLIC UTILITY DISTRICT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| SOUTH TAHOE PUBLIC UTILITY DISTRICT, a public utility district,<br><br>Plaintiff,<br><br>v.<br><br>1442.92 ACRES OF LAND IN ALPINE COUNTY, CALIFORNIA; F. HEISE LAND & LIVE STOCK COMPANY, INC., a Nevada corporation; WILLIAM WEAVER; EDDIE R. SNYDER; and CROCKETT ENTERPRISES, INC., a Nevada corporation,<br><br>Defendants. | **CASE NO.: CIV. S 02-0238 MCE JFM**<br><br>**[Honorable Morrison C. England, Jr.]**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME FOR HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE THIRD AMENDED FINAL PRETRIAL ORDER**<br><br>**TRIAL DATE SET: July 27, 2005**<br><br>**DATE:       TBD**<br>**TIME:       TBD**<br>**CTRM:      TBD** |

*///*

*///*

*///*

*///*

*///*

*///*

*///*

*///*

Hatch & Parent, A Law Corporation
21 East Carrillo Street
Santa Barbara, CA 93101

1

1    **IT IS HEREBY ORDERED** that upon application of Plaintiff South Tahoe Public Utility

2  District ("District") and District counsel Hatch & Parent, having been heard, and good cause

3  appearing therefore, such counsel's Ex Parte Application for an Order Shortening Time for Hearing

4  on Plaintiff's Motion for Leave to Amend the Third Amended Final Pretrial Order is granted.

5    **IT IS FURTHER ORDERED** that the hearing on the Plaintiff's Motion for Leave to

6  Amend the Third Amended Final Pretrial Order shall be held on June 20, 2005, at 9:00 a.m. in

7  Courtroom 3.

8    **IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to Amend the Third

9  Amended Final Pretrial Order be deemed filed on June 15, 2005; any opposition to Plaintiff's

10  motion shall be served and filed on June 17, 2005, by 4:00 p.m.  No replies will be permitted.

11    **IT IS SO ORDERED.**
Dated: June 15, 2005

12

13  
 MORRISON C. ENGLAND, JR
14  UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Hatch & Parent, A Law Corporation
21 East Carrillo Street
Santa Barbara, CA 93101

2