1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SOUTH TAHOE PUBLIC UTILITY DISTRICT, a public utility district, | NO. CIV. S 02-0238 MCE JFM |
| Plaintiff, | **ORDER GRANTING FEES AND COSTS** |
| v. | |
| 1442.92 ACRES OF LAND IN ALPINE COUNTY, CALIFORNIA; F. HEISE LAND & LIVE STOCK COMPANY, INC., a Nevada corporation; WILLIAM WEAVER; EDDIE R. SNYDER; and CROCKETT ENTERPRISES, INC., a Nevada corporation, | |
| Defendants. | |

----oo0oo----

This Court's Order dated June 22, 2005 granted the motion of Plaintiff South Tahoe Public Utility District ("District") to

1

Amend the Third Amended Final Pretrial Order on condition, *inter alia*, that the District pay all properly recoverable attorney's fees and costs incurred by Defendant Integrated Farms, LLC ("Integrated Farms") in responding to said motion.  The Court has now reviewed the Declaration of Jeffrey L. Anderson in support of the award of such fees and costs to Integrated Farms, as well as the District's response thereto.

The amount of attorney's fees and costs due to Defendant Integrated Farms is $9,509.75.  Said fees and costs shall be paid in accordance with the provisions of the prior June 22, 2005 Order.

IT IS SO ORDERED.

DATED: July 27, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE