```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
 9                      EASTERN DISTRICT OF CALIFORNIA
10
11   SOUTH TAHOE PUBLIC UTILITY            No. 2:02-cv-0238-MCE-JFM
     DISTRICT, a public utility
12   district,
13              Plaintiff,
14        v.                               ORDER
15   1442.92 ACRES OF LAND IN
     ALPINE COUNTY, CALIFORNIA;
16   F. HEISE LAND & LIVE STOCK
     COMPANY, INC., a Nevada
17   corporation; WILLIAM WEAVER;
     EDDIE R. SNYDER; CROCKETT
18   ENTERPRISES, INC., a Nevada
     corporation,
19
                Defendants.
20   _____/
21        The Court has reviewed the stipulation and proposed order
22   dated February 13, 2006 regarding pretrial procedures.  The Court
23   will adopt the stipulation and the dates set forth therein with
24   the following exceptions:
25        1.  No replies to any oppositions will be permitted with
26   respect to motions in limine or voir dire questions.
27   ///
28   ///
```

1      2.   There will be no hearing on disputed voir dire
2 questions.  In accordance with Federal Rule of Civil Procedure
3 47(a), the Court will conduct the examination of prospective
4 jurors.  The Court will permit each side a maximum of fifteen
5 (15) minutes per side for follow up questions to the prospective
6 jurors after the Court's examination.
7      3.   There will be no hearing on disputed jury instructions.
8 The Court finds that such a hearing is premature prior to the
9 presentation of evidence.
10      In addition, the Court is in receipt of a written
11 communication for David Robertson, Esquire, with additional
12 questions regarding trial procedures.  The responses to those
13 questions are as follows:
14      A.   The presentation of evidence and all argument will
15 conclude not later than April 28, 2006.  No extensions will be
16 granted.
17      B.   The twelve (12) court day estimate for the trial is set.
18 There should be no expectation on the part of counsel to proceed
19 on the non-trial days of Monday and Tuesday.  The Court has
20 matters scheduled for those days.
21      C.   The issue of time for each side to present evidence will
22 be determined by the Court at the March 20, 2006 hearing.
23      IT IS SO ORDERED.
24 DATE: February 23, 2006

                              _____
                              MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE