UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SOUTH TAHOE PUBLIC UTILITY
DISTRICT, a public utility
entity,                                    No. 2:02-cv-0238-MCE-JFM

      Plaintiff,

  v.                                       ORDER

1442.92 ACRES OR LAND IN
ALPINE COUNTY, CALIFORNIA;
F. HEISE LAND & LIVESTOCK
COMPANY, INC., a Nevada
corporation, WILLIAM WEAVER;
EDDIE R. SNYDER; CROCKETT
ENTERPRISES, INC., a Nevada
corporation,

      Defendants.

----oo0oo----

    Plaintiff South Tahoe Public Utility District ("District") moves to amend the judgment rendered in this eminent domain proceeding to reflect 1) the cost of remediating contaminated fill on the subject property; and 2) delinquent property taxes owed, plus interest and penalties as reflected on the Alpine County Tax Collector Records.

///

1

1    On June 6, 2006, Defendant Integrated Farms, LLC
2 ("Integrated Farms") filed a Statement of Conditional non-
3 Opposition to the District's request, agreeing that the judgment
4 should be reduced to reflect both of the aforementioned items.
5 Counsel for Integrated Farms did question, however, whether the
6 District was entitled to interest on the $186,000.00 in
7 remediation costs it paid.
8    At the time of the August 7, 2006 hearing on the District's
9 motion, the District agreed to accept no interest on the
10 $186,000.00 provided that said amount was deducted from the
11 $12,659,439.00 judgment before any interest owed on said judgment
12 was computed.  A stipulation was accordingly entered on the
13 record as follows: 1) to deduct $186,000.00 from the judgment as
14 representing contaminated fill remediation costs; and 2) to also
15 deduct delinquent property taxes in the amount of $103,458.45,
16 plus interest at the rate of 1.5 percent per month on the unpaid
17 property tax balance after August 31, 2006.  The judgment shall
18 be amended accordingly.
19    IT IS SO ORDERED.
20 DATED: August 25, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2