ERIC BERG (State Bar No. 134621)
ROBIN L. LEWIS (State Bar No. 199077)
HATCH & PARENT, A Law Corporation
21 East Carrillo Street
Santa Barbara, CA 93101
Telephone: (805) 963-7000
Facsimile: (805) 965-4333

Attorneys for Plaintiff
SOUTH TAHOE PUBLIC UTILITY DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH TAHOE PUBLIC UTILITY DISTRICT, a public utility district,<br><br>Plaintiff,<br><br>v.<br><br>1442.92 ACRES OF LAND IN ALPINE COUNTY, CALIFORNIA; F. HEISE LAND & LIVE STOCK COMPANY, INC., a Nevada corporation; WILLIAM WEAVER; EDDIE R. SNYDER; and CROCKETT ENTERPRISES, INC., a Nevada Corporation,<br><br>Defendants. | **CASE NO. 2:02-cv-0238-MCE-JFM**<br><br>[Honorable Morrison C. England, Jr.]<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME FOR HEARING ON PLAINTIFF SOUTH TAHOE PUBLIC UTILITY DISTRICT'S MOTION FOR RELIEF FROM ORDER ENTERED AUGUST 25, 2006 (FED.R.CIV.P. 60(b)) OR, IN THE ALTERNATIVE, TO AMEND, ALTER, OR MODIFY THE ORDER, OR FOR RECONSIDERATION THEREOF** |

IT IS HEREBY ORDERED that plaintiff's ex parte application for an order shortening time for Hearing is GRANTED.

IT IS FURTHER ORDERED that the hearing on Plaintiff's Motion for Relief from Order Entered August 25, 2006 (Fed.R.Civ.P. 60(b)) or, in the Alternative, to Amend, Alter, or Modify the Order, or for Reconsideration Thereof shall be held on October 23, 2006 at 9:00 a.m. in Courtroom 3.

///

///

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

1       IT IS FURTHER ORDERED that said motion is deemed filed as of October 16, 2006, and

2  any opposition to Plaintiff's motion shall be served and filed not later than October 19, 2006 at

3  4:00 p.m.

4  DATED:  October 17, 2006

5  _____
   MORRISON C. ENGLAND, JR
6  UNITED STATES DISTRICT JUDGE

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com