UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH TAHOE PUBLIC UTILITY DISTRICT, a public utility district,<br><br>      Plaintiff,<br><br>  v.<br><br>1442.92 ACRES OF LAND IN ALPINE COUNTY, CALIFORNIA; F. HEISE LAND & LIVE STOCK COMPANY, INC., a Nevada corporation; WILLIAM WEAVER; EDDIE R. SNYDER; and CROCKETT ENTERPRISES, INC., a Nevada corporation,<br><br>      Defendants.<br>_____/ | No. 2:02-cv-0238-MCE-JFM<br><br><br><br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

    Pursuant to the representations of the attorney for Plaintiff, the Court has determined that this case is settled.[1] In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before December 10, 2006.

///

///

---

[1] In light of this Order, all pending motions are hereby vacated.

1    Failure to comply with this Order may be grounds for the
2 imposition of sanctions on any and all counsel as well as any
3 party or parties who cause non-compliance with this Order.
4    IT IS SO ORDERED.
5 DATED: November 16, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE