1  JOHN V. DIEPENBROCK, SBN 023963
   JEFFREY L. ANDERSON, SBN 157982
2  THE DIEPENBROCK LAW FIRM
   400 Capitol Mall, Suite 1800
3  Sacramento, CA 95814-4413
   Telephone: (916) 446-4469
4  Facsimile:  (916) 446-4535

5  G. DAVID ROBERTSON, SBN 111984
   ROBERTSON & BENEVENTO
6  50 West Liberty Street, Suite 600
   Reno, Nevada  89501
7  Telephone:  (775) 329-5600

8
   Attorneys for Defendants
9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
12
                              SACRAMENTO DIVISION
13

14 | SOUTH TAHOE PUBLIC UTILITY DISTRICT, a | CASE NO. 2:02-cv-0238 MCE JFM
15 | public utility district,                | 
   |                                         | (Judge Morrison C. England, Jr.)
16 |                Plaintiff,               |
17 |        v.                               | **DEPOSIT WITHDRAWAL ORDER**
   |                                         | **[California Code of Civil Procedure**
18 | 1442.92 ACRES OF LAND IN ALPINE COUNTY, | **§1255.220]**
   | CALIFORNIA; F. HEISE LAND & LIVE STOCK  |
19 | COMPANY, INC., a Nevada corporation;    |
   | WILLIAM WEAVER; EDDIE R. SNYDER;        |
20 | CROCKETT ENTERPRISES, INC., a Nevada    |
   | corporation,                            |
21 |                Defendants.              |

22

23
       Pursuant to the parties' Stipulation Regarding Withdrawal of Deposit filed in this action on
24
   November 28, 2006, and in furtherance of the parties' November 15, 2006 Settlement Agreement
25
   and Mutual Release, the California State Treasury is ordered to immediately disburse the amount
26
   of $9,150,000.00  previously deposited by Plaintiff South Tahoe Public Utility District (as State
27

28
                              **DEPOSIT WITHDRAWAL ORDER**
                                          1

Treasury Remittance Advice Nos. ST 116656 and ST 116737) ("Deposit") by check, draft, warrant, wire transfer or any other method, whichever is most expeditious in order to facilitate transfer of the Deposit from the California State Treasury payable to "Integrated Farms, LLC and its attorneys Robertson & Benevento."

IT IS HEREBY FURTHER ORDERED THAT within 24 hours of receiving the Deposit amount of $9,150,000.00 Integrated Farms shall file with the Court the Acknowledgment of Receipt of Compensation, with the Final Order of Compensation attached as Exhibit A thereto.

Finally, the parties agree that all interest accruing on the Deposit while same was being held by the California State Treasury belongs to Integrated Farms and, therefore, Plaintiff South Tahoe Public Utility District shall diligently pursue receipt of such accrued interest and shall forward all such accrued interest amounts to Integrated Farms within five (5) days of receipt by the Plaintiff.

 IT IS HEREBY SO ORDERED.

DATED: November 30, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE