JOHN V. DIEPENBROCK, SBN 023963
JEFFREY L. ANDERSON, SBN 157982
CHRIS A. McCANDLESS, SBN 210085
DIEPENBROCK HARRISON
A Professional Corporation
400 Capitol Mall, Suite 1800
Sacramento, CA 95814-4413
Telephone: (916) 492-5000
Facsimile: (916) 446-4535

G. DAVID ROBERTSON, SBN 111984
ROBERTSON & BENEVENTO
50 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone: (775) 329-5600

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SOUTH TAHOE PUBLIC UTILITY DISTRICT, a public utility entity,<br><br>Plaintiff,<br><br>vs.<br><br>1442.92 ACRES OF LAND IN ALPINE COUNTY, CALIFORNIA; F. HEISE LAND & LIVE STOCK COMPANY, INC., a Nevada corporation; WILLIAM WEAVER; EDDIE R. SNYDER; CROCKETT ENTERPRISES, INC., a Nevada corporation,<br><br>Defendants. | **Case No.: 2:02-cv-0238-MCE-JFM**<br><br>[Honorable Morrison C. England, Jr.]<br><br>**STIPULATION AND ORDER RE: EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS PURSUANT TO LOCAL RULE 16-160** |

On November 16, 2006, this Honorable Court entered its ORDER RE: SETTLEMENT AND DISPOSITION (Docket #670) noting that this action had been settled and requiring the parties to file all dispositional documents on or before December 10, 2006 pursuant to Local Rule 16-160 ("Order"). Thereafter, the parties worked diligently to prepare the appropriate settlement

documentation and ultimately submitted same to the Court on November 28, 2006.  This Honorable Court then issued its ORDER RE: DEPOSIT WITHDRAWAL on November 30, 2006 (Docket #676) requiring the California State Treasury to pay the deposited amount of $9,150,000 ("Payment") to Integrated Farms, and further requiring Integrated Farms to file the Acknowledgment of Receipt of Compensation with the Final Order of Compensation within 24 hours of receiving said Payment.  The California State Treasury, following its internal procedural rules, issued a "warrant" for the Payment on December 4, 2006, which, although immediately deposited, takes ten (10) days to "clear" the State Treasury's Deposit Account, so Integrated Farms will not actually receive its funds until Thursday, December 14, 2006.

While the parties have proceeded as diligently as possible, the State Treasury's ten (10) day waiting period to clear the funds has delayed the process and will therefore prevent the parties from filing the Acknowledgment of Receipt of Compensation with the Final Order of Compensation on or before December 10, 2006.  It is anticipated that the funds will not be "cleared" by the State Treasury (and thus "received" by Integrated Farms) until at least December 14, 2006, and therefore the parties will not be able to file the final dispositional documents until after the Court's present deadline.

Local Rule 16-160(b) states that the Court shall fix the date for filing dispositional documents following a settlement, which the Court has done here pursuant to its Order.  The Rule further states, however, that the Court may extend such date "on good cause shown."  Id. It is respectfully submitted that the State Treasury's unusual procedure of refusing to issue a check for the Payment - instead issuing a "warrant" requiring a ten (10) day delay - represents "good cause" for the parties to request a twelve (12) day extension of the Court's previous deadline to file the dispositional documents.  The parties have worked together diligently and in good faith to file the dispositional documents by the Court's deadline, but the parties could not overcome the State Treasury's rigid rules requiring that the release of all condemnation proceeds occur only by a warrant.  The parties seek twelve (12) days rather than a shorter time in order to avoid bothering again the Court should a few extra days be needed.

It is therefore stipulated by and between the parties that they shall have an additional twelve (12) days, i.e., until December 22, 2006, in which to file the dispositional documents.

Dated: December 9, 2006

DIEPENBROCK HARRISON
A Professional Corporation

ROBERTSON & BENEVENTO

By: __/s/ G. David Robertson_____
   G. DAVID ROBERTSON
   JOHN V. DIEPENBROCK
 Attorneys for Integrated Farms, LLC

Dated: December 9, 2006

HATCH & PARENT
A Professional Corporation

By: ___/s/ Robin L. Lewis_____
   ROBIN L. LEWIS
 Attorneys for South Tahoe Public Utility District

### ORDER

Upon the foregoing stipulation by the parties, and good cause appearing,

**IT IS SO ORDERED** that the parties shall have an additional twelve (12) days, i.e., until December 22, 2006, in which to file the dispositional documents

DATED: December 12, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE