ERIC BERG (State Bar No. 134621)
ROBIN L. LEWIS (State Bar No. 199077)
HATCH & PARENT, A Law Corporation
21 East Carrillo Street
Santa Barbara, CA 93101
Telephone:  (805) 963-7000
Facsimile:  (805) 965-4333

Attorneys for Plaintiff
SOUTH TAHOE PUBLIC UTILITY DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH TAHOE PUBLIC UTILITY DISTRICT, a public utility district,<br><br>Plaintiff,<br><br>v.<br><br>1442.92 ACRES OF LAND IN ALPINE COUNTY, CALIFORNIA; F. HEISE LAND & LIVE STOCK COMPANY, INC., a Nevada corporation; WILLIAM WEAVER; EDDIE R. SNYDER; and CROCKETT ENTERPRISES, INC., a Nevada Corporation,<br><br>Defendants. | **CASE NO. 2:02-cv-0238 MCE JFM**<br><br>[Honorable Morrison C. England, Jr.]<br><br>FINAL ORDER OF CONDEMNATION<br><br>(California Code of Civil Procedure section 1268.030) |

Judgment having been entered in the above-entitled action on April 28, 2006 and it appearing to the court's satisfaction that Plaintiff South Tahoe Public Utility District ("District") has paid $14,350,000.00 to Defendant Integrated Farms, LLC ("Farms"), in full satisfaction of the amended judgment entered in this action on August 28, 2006, and a subsequent settlement agreement executed between the District and Farms on or about November 15, 2006, including costs and interest.

///

///

///

///

SB 412041 v1:007627.0120

FINAL ORDER OF CONDEMNATION

IT IS ORDERED AND ADJUDGED:

The subject property, including land and water rights, situated in the County of Alpine, State of California, is more particularly described in Exhibit A (land) and Exhibit B (water rights), attached hereto, and is generally described as Assessor's Parcel Nos. 01-080-0560 (now 001-080-0870), 01-080-0600, 01-080-0800, 01-080-0810 (now 001-080-0860), 01-080-0820 (now 001-080-0850), 01-200-0010, 01-200-0010, and 01-200-0110; Carson River water rights (Claim Nos. 451, 452, 466, 470, 471, 472, and 473); and Indian Creek water rights (Claim Nos. 49, 50, 51, and 52) ("the Property"). The plaintiff has taken possession of the real property described above on March 15, 2003, in accordance with the provisions of California Code of Civil Procedure § 1255.410.

The fee simple title to the Property is hereby condemned to and taken for a public purpose by the District, and the interest in the Property transferred to the District is the estate in fee simple subject to all encumbrances and easements of record.

On recording a certified copy of this Final Order of Condemnation with the County Recorder of the County of Alpine, State of California, the fee simple title to the Property described above shall vest in plaintiff, its successors, and its assigns. The Federal Water Master for the Alpine Decree, the United States District Court of Nevada, shall also be served with a copy of this Final Order of Condemnation at the following address: Federal Water Master, 290 South Arlington Avenue, Reno, Nevada 89501.

Dated: December 21, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE